**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian (SBN 319117)
aamarkarian@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiff,
**ROXANNE OSUNA**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian C. Vanderhoof (SBN 248511)
brian.vanderhoof@lewisbrisbois.com
Jonathan Won (SBN 293910)
Jonathan.won@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, CA 94105

Attorneys for Defendant,
**FORD MOTOR COMPANY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE OSUNA, an individual, | Case No: 2:23-cv-00274-SVW-SK |
| Plaintiff, | District Judge: Stephen V. Wilson |
| vs. | Magistrate Judge: Steve Kim |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, ROXANNE OSUNA, and Defendant,

FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: June 1, 2023        QUILL & ARROW LLP

By *Kevin Y. Jacobson*
Kevin Y. Jacobson, Esq.
Allen Amarkarian, Esq.
Attorneys for Plaintiff
Roxanne Osuna

Dated: June 1, 2023        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Brian C. Vanderhoof*
Brian C. Vanderhoof, Esq.
Jonathan Won, Esq.
Attorneys for Defendant
FORD MOTOR COMPANY